2013 MAR -5 PM 5:03

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO._____ |
| v. | ) | Title 18, Sections 1425(a) and |
| | ) | 1423, United States Code |
| DIVNA MASLENJAK, | ) | |
| | ) | 1:13CR126 |
| | ) | |
| Defendant. | ) | JUDGE PEARSON |

COUNT 1

The Grand Jury charges:

On or about August 3, 2007, in the Northern District of Ohio, Eastern Division, DIVNA MASLENJAK, while a citizen of Bosnia Herzegovina, and an alien, did knowingly procure, contrary to law, her naturalization, to wit: DIVNA MASLENJAK made material false statements on a Form N-400 Application for Naturalization by answering "no" to question No. 23 which asked whether the applicant had "knowingly given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal" and by answering "no" to question No. 24 which asked whether the applicant had "ever lied to any U.S. government official to gain entry or admission into the United States" and answering the same during her interview for naturalization when DIVNA MASLENJAK then well knew that she had lied to government officials when applying

for her refugee status and her lawful permanent residence status and thereby gained admission into the United States, in violation of Title 18, Section 1425(a), United States Code

## COUNT 2

The Grand Jury further charges:

On or about February 6, 2009, in the Northern District of Ohio, Eastern Division, DIVNA MASLENJAK, did knowingly use an unlawfully issued certificate of naturalization for the purpose of filing a Form I-130 Petition for Alien Relative to assist her husband in securing his lawful permanent resident status based upon their marriage, said certificate of naturalization having been obtained contrary to law by DIVNA MASLENJAK's material false statements made during the application process for naturalization, in violation of Title 18, Section 1423, United States Code.

A TRUE BILL.

Original document-Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.